### PRIEST *v.* FOLGER.
### THWING *v.* FOLGER.

ERROR. TO THE SUPREME JUDICIAL COURT OF THE STATE OF MASSACHUSETTS.

Nos. 298 and 299.   Argued April 21, 1874. — Decided May 4, 1874.

*Habich* v. *Folger*, 20 Wall. 1, followed.

MR. JUSTICE HUNT delivered the opinion of the court.

These cases involve the same questions as the case above decided, *Habich* v. *Folger*, 20 Wall. 1; and, in accordance with that decision, are affirmed.

*Mr. Dudley Field* for plaintiffs in error.

*Mr. John C. Dodge* for defendant in error.

---

### WOODMAN PEBBLING MACHINE CO. *v.* GUILD.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF MASSACHUSETTS.

No. 311.   Submitted January 16, 1874. — Decided January 19, 1874.

A judgment is entered according to the stipulation of the parties.

MR. JUSTICE CLIFFORD delivered the opinion of the court.

Since the appeal the parties have come to an adjustment of the controversy, as appears by the stipulation on file.

Pursuant to that stipulation I am instructed to direct that the decree of the Circuit Court be reversed; the entry to be, that it is reversed by consent and that the cause be remanded with directions that a decree be entered in the Circuit Court for the complainant as prayed in the bill of complaint, it being stated in the mandate that the decree here is entered by consent of parties as appears by the stipulation which should be recorded in the case.

*Reversed.*

*Mr. T. L. Wakefield* for appellant.

*Mr. George L. Roberts* for appellees.